IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00995-MEH

MARGUERITE MARESCA,

    Plaintiff,

v.

TED MINK, Jefferson County, Colorado Sheriff, in his official capacity,

    Defendant.

## ORDER GRANTING MOTION FOR ADMINISTRATIVE CLOSURE

Before the Court are Plaintiff's Unopposed Motion to Administratively Close Case Until Conclusion of State Court Appeal [filed June 5, 2014; docket #10], and Defendant's Unopposed Motion for Extension of Time to Respond to Complaint [filed June 6, 2014; docket #11]. The Court having review the Motion and being fully advised thereof hereby ORDERS as follows:

1. The Motion to Administratively Close Case is GRANTED for good cause shown;

2. The above-captioned action shall be ADMINISTRATIVELY CLOSED pending the resolution of Plaintiff's underlying state court appeal;

3. If Plaintiff wishes to reopen the action, Plaintiff must move to reopen within thirty (30) days from the date of the Colorado Supreme Court's ruling;

4. The Motion for Extension of Time to Respond to Complaint is GRANTED;

5. Defendant shall answer or otherwise respond to Plaintiff's complaint fourteen (14) days after the action is administratively -reopened;

6. The Parties shall not file a proposed Scheduling Order and the Scheduling Conference currently set for July 17, 2014 is hereby VACATED.

Dated at Denver, Colorado, this 9th day of June, 2014,

                                                    BY THE COURT:

                                                    Michael E. Hegarty
                                                    United States Magistrate Judge